# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | **United States v. Ahmad Nassar<br>2:25-CR-0140-DAD** | *Date:* | **June 17, 2025** |
| *To:* | **Rachel Alvarez, Relief Courtroom Deputy to The Honorable Allison Claire, U.S. Magistrate Judge** | *From:* | **AUSA Elliot C. Wong<br>U.S. Attorney's Office<br>Eastern District of California<br>501 I Street, Ste 10-100<br>Sacramento, California 95814<br>Telephone: (916) 554-2700<br>Fax: (916) 554-2900** |

    Counsel for the parties hereby request that the above-entitled matter be placed on the Court's docket on June 20, 2025 at 2:00 p.m. for the initial appearance of Ahmad Nassar.