UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMAD NASSAR,<br><br>Defendant. | No. 2:17-cr-00104-KJM |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AHMAD NASSAR and AYMAN ALAARAJ,<br><br>Defendants. | No. 2:25-cr-00140-DAD<br><br>RELATED CASE ORDER |

Examination of the above-captioned actions reveals that they are related within the meaning of the Local Rules. "[B]oth actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). The assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

1

1    Under Local Rule 123(f), where a notice of related cases "is filed suggesting that a petition for probation action and/or violation of the terms of supervised release should be related to a new indictment . . . the two actions shall be related and the Judge or Magistrate Judge assigned to the new criminal action shall also be assigned the earlier action . . . ."

As a result, it is hereby ORDERED that Case No. 2:17-cr-00104 is reassigned from Judge Mueller to the undersigned. The case number shall now be 2:17-cr-00104-DAD.

IT IS SO ORDERED.

Dated:  **June 23, 2025**

　　　　　　　　　　　　　　　　　　/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE