# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF CALIFORNIA

## EVIDENTIARYH HEARING MINUTES

**BEFORE: DALE A. DROZD**                   **DATE: October 22, 2025**

**CASE NUMBER: 2:25-cr-00140-DAD-1**        **DEPUTY CLERK: Pete Buzo**

**TITLE: USA v. AHMAD NASSAR**              **Crt Rptr Jennifer Coulthard**

**APPEARANCES:**

**Counsel for Government:** Elliot Wong
**Counsel for Defendant:** David Fischer

**Proceedings:**

| Time | Event |
|---|---|
| 10:15 am | Ahmad Nassar, present, in custody. Defense addressed shackling. Discussion held. Shackling Ruling Legs Only. Defense moved to exclude witnesses. Govt moved to designate Christian Norgaard as case agent. Defense motion to exclude granted. Parties agreed to stipulate to all of Govt Exhibits 1-24 and Defense Exhibits 1-49. Court Admitted Govt Exhibits 1-24 and Defense Exhibits 1-49. |
| 10:22 am | Govt called Colby Hanna, sworn and testified. Govt Exhibits 1, 4, 6, 9, 7, 8, 2, 10, 24. |
| 11:05 am | Cross examination. Defense Exhibit 31, 32, 34, 35, 36, 37, 38, 39, 40, 42, 47, 48, 12. |
| 11:55 am | Redirect. |
| 12:00 pm | Re-cross. |
| 12:02 pm | Witness excused. |
| 12:08 pm | Lunch recess. |
| 1:06 pm | Court back in session. |
| 1:06 pm | Govt called Rakan Fawakhiri, sworn and testified. Govt Exhibit 11, 13, 14, 15, 16, 17, 19, 18, 20. |
| 1:25 pm | Cross examination. Govt Exhibit 23. |
| 1:32 pm | No redirect. Witness excused. |
| 1:33 pm | Govt called Nasson Walker; sworn and testified. Govt Exhibit 23, 12, 22. |
| 1:43 pm | Cross examination. Defense Exhibit 1, 2, 3, 4, . Defense request Court take Judicial Notice of Supervised Release Violation Petition in case 2:17-cr-104 DAD. |
| 2:05 pm | Court questioned witness. |

| | |
|---|---|
| 2:09 pm | Further cross examination. Govt Exhibit 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23. |
| 2:22 pm | Re-redirect. Govt Exhibit 23. |
| 2:26 pm | Re-recross. |
| 2;26 pm | Witness excused. |
| 2:26 pm | Court addressed the parties as to any expedited post hearing briefing.  Parties stated no post briefing. |
| 2:27 pm | Defense closing statement. |
| 2:39 pm | Govt closing statement. |
| 2:48 pm | Defense rebuttal statement. |
| 2:51 pm | After hearing, for reasons stated at today's hearing, defense [30] motion to suppress submitted. |
| 2:55 pm | Court adjourned. |
| | |