ERIC GRANT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-00140-DAD; |
|---|---|
| Plaintiff, | 2:17-CR-00104-DAD |
| v. | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| AHMAD NASSAR, ET AL., | DATE: November 17, 2025 |
| Defendants. | TIME: 9:30 a.m. |
| | COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendants Ahmad Nassar and Ayman Alaaraj, by and through their counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for a status hearing on November 17, 2025.

2.     By this stipulation, the defendants now move to continue the status hearing until November 24, 2025, and to exclude time between November 17, 2025, and November 24, 2025, under Local Code E and T4.  The parties additionally stipulate to continue the admit/deny hearing in case number 2:17-cr-00104-DAD to November 24, 2025.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     To date, the government has produced over 6,000 pages of documents in discovery associated with this case.  Counsel for the defendants desire additional time to review and analyze this discovery, discuss proposed resolutions with their clients, explore potential

defenses, and otherwise prepare for trial.

      b)     Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)     In addition, defendant Nassar filed a motion to suppress on August 18, 2025. As of the date of this filing, that motion remains pending.

      d)     The government does not object to the continuance. Also, counsel for the government is currently in trial, which is continuing into the week of November 17.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 17, 2025, to November 24, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. In addition, time should be excluded under local code E during the pendency of defendant Nassar's motion to suppress.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 13, 2025                       ERIC GRANT
                                                       United States Attorney

                                                       /s/ ELLIOT C. WONG
                                                     ELLIOT C. WONG
                                                     Assistant United States Attorney

Dated: November 13, 2025        /s/ DAVID FISCHER
                                DAVID FISCHER
                                Counsel for Defendant
                                AHMAD NASSAR

Dated: November 13, 2025        /s/ TODD LERAS
                                TODD LERAS
                                Counsel for Defendant
                                AJMAN ALARAAJ

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for November 17, 2025 is continued to November 24, 2025, at 9:30 a.m. and time is excluded between November 17, 2025, and November 24, 2025, under Local Codes E and T4.  The admit/deny hearing in case number 2:17-cr-00104-DAD is also continued to November 24, 2025 at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **November 14, 2025**            _Dale A. Drozd_
                                          DALE A. DROZD
                                          UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3