ERIC GRANT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00140-DAD |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| AHMAD NASSAR AND AYMAN ALAARAJ, | DATE: March 2, 2026 TIME: 9:30 a.m. COURT: Hon. Dale A. Drozd |
| Defendants. | |

**STIPULATION**

1.     By previous order, this matter was set for status on March 2, 2026.

2.     By this stipulation, defendants now move to continue the status conference until March 23, 2026, and to exclude time between March 2, 2026, and March 23, 2026, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes over 8,500 pages of document, including reports, bank and financial records, and pictures and videos.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     Counsel for defendants desire additional time to consult with their clients, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with their clients, and to

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

1

otherwise prepare for trial.

c)      In addition, the TSR revocation proceedings in the related case, 2:17-cr-00104-DAD has been set for a further hearing on March 23, 2026.

d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 2, 2026 to March 23, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 24, 2026                                Eric Grant
                                                        United States Attorney


                                                        /s/ ELLIOT WONG
                                                        ELLIOT WONG
                                                        Assistant United States Attorney

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

2

Dated:  February 24, 2026                    /s/ DAVID FISCHER
                                             DAVID FISCHER
                                             Counsel for Defendant
                                             Ahmad Nassar


Dated:  February 24, 2026                    /s/ TODD LERAS
                                             TODD LERAS
                                             Counsel for Defendant
                                             Ayman Alaaraj


**FINDINGS AND ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the status conference previously scheduled for March 2, 2026 is continued to March 23, 2026, at 9:30 a.m. and time is excluded between March 2, 2026, and March 23, 2026, under Local Code T4.

IT IS SO ORDERED.

Dated:   **February 25, 2026**              _Dale A. Drozd_
                                             DALE A. DROZD
                                             UNITED STATES DISTRICT JUDGE