ERIC GRANT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-140 DAD |
|---|---|
| Plaintiff, | AMENDED STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE AND MOTION HEARING |
| v. | |
| AHMAD NASSAR, | DATE: July 6, 2026 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Dale A. Drozd |

The parties hereby agree and stipulate as follows:

1.      This matter is presently set for a status conference and motion hearing date on July 6, 2026.

2.      Nassar has filed suppression and other Rule 12 motions (ECF 57 & 58).  The parties have met and conferred and hereby stipulate to modify the briefing schedule as follows:

a. The United States's opposition to the pending motions shall be due on or before August 3, 2026.

b. Nassar may file an optional reply brief, which shall be due on or before August 31, 2026.

c. The status conference and motion hearing date shall be vacated and reset to October 5, 2026 at 9:30 a.m.

STIPULATION AND ORDER

1

3.    Based on the above, the parties request that the Court exclude the time between July 6, 2026, up to and including October 5, 2026, from the computation of time in which trial must commence under the Speedy Trial Act, pursuant to Local Codes E and T4.  The parties agree that the interests of justice served by excluding time under the Speedy Trial Act, outweigh the best interests of the public and the defendant in a speedy trial.

Dated:  June 11, 2026

ERIC GRANT
United States Attorney

By:  /s/ ELLIOT WONG
ELLIOT WONG
Assistant United States Attorney

Dated:  June 11, 2026

/s/ DAVID D. FISCHER
DAVID D. FISCHER
Counsel for Defendant
Ahmad Nassar

Dated:  June 11, 2026

/s/ TODD DAVID LERAS
TODD DAVID LERAS
Counsel for Defendant
Ayman Alaaraj

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference and motion hearing date scheduled for July 6, 2026 is continued to October 5, 2026 at 9:30 a.m., time is excluded through October 5, 2026, pursuant to Local Codes E and T4 and the briefing schedule proposed by the parties is adopted.

IT IS SO ORDERED.

Dated:  **June 11, 2026**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER

2