REICHEL LAW PC
MARK REICHEL
Attorney at Law
State Bar #155034
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
Telephone (916) 498-9258

Attorney for
AHMAD NASSAR

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AHMAD NASSAR<br>Defendant. | CASE NO. 2:25-CR-00140-DAD<br>SUBSTITUTION OF COUNSEL; ORDER<br>DATE: N/A<br>TIME: N/A<br>HON DALE A. DROZD |

**SUBSTITUTION OF COUNSEL**

Defendant AHMAD NASSAR hereby substitutes out his prior counsel of record and substitutes in place as counsel for all purposes Mark Reichel, Attorney at Law. The undersigned parties consent to this substitution.

*/s/David D. Fischer*
Law Offices of David D. Fischer, APC
Dated: August 5, 2026

*/s/ Mark Reichel*
Attorney for Defendant
Dated: August 5, 2026

*/s/ Ahmad Nassar*
Defendant.
Dated: August 5, 2026

**ORDER**

IT IS SO ORDERED.

Dated: **August 6, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE