**REICHEL LAW PC**
**MARK REICHEL, ATTORNEY AT LAW**
**State Bar #155034**
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: 916.548.7398
Facsimile: 888.505.9331
Email: mark@reichellaw.com

Attorney for Defendant
AHMAD NASSAR

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>AHMAD NASSAR,<br>Defendant | Case No. 2:25-CR-00140-DAD<br>STIPULATION AND ORDER TO CONTINUE HEARING AND EXCLUDE TIME<br>DATE: DECEMBER 14, 2026<br>TIME: 9:30 AM<br>COURT: HON. DALE A. DROZD |

**STIPULATION**

The parties have agreed to continue the date for the Rule 12 Motions and Motion to Suppress hearing until December 14, 2026.

Defense counsel Reichel would like to respectfully request additional time so that they may be able to identify their client's desire for the outcome in this matter in this case.

For the purpose of computing time under 18 U.S.C. §3161 et seq.(Speedy Trial Act), the parties request that the time period between November 9, 2026, and December 14, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuances outweighs the best interest of the public and the defendants in a speedy trial.

All parties request the Court issue an Order consistent with this stipulation.

IT IS SO STIPULATED.

Dated: November 5, 2026

Eric Grant
United States Attorney

/s/ELLIOT WONG
ELLIOT WONG
Assistant United States Attorney

Dated: November 5, 2026

REICHEL LAW PC

/s/ MARK REICHEL
MARK REICHEL
Counsel for Defendant
Ahmad Nassar

Dated: November 5, 2026

TODD LERAS

/s/ TODD LERAS
TODD LERAS
Counsel for Defendant
Ayman Alaaraj

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, the hearing on the defense Rule 12 Motions and Motion to Suppress is continued from November 9, 2026 to December 14, 2026, at 9:30 a.m. For the purpose of computing time under 18 U.S.C. §3161 et seq.(Speedy Trial Act), the parties request that the time period between November 9, 2026, and December 14, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on the Court's finding that the ends of justice served by granting the continuance outweighs the best interest of the public and the defendants in a speedy trial. Additionally, the exclusion of time is appropriate under 18 U.S.C. §3161(h)(1)(D) (Local Code E).

IT IS SO ORDERED.

Dated: **November 6, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE